IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FRANKLIN RODGERS, ) | |
| ) | Civil Action No. 06 - 46J |
| Petitioner, ) | |
| ) | Judge Kim R. Gibson/ |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| GERALD ROZUM, DISTRICT ) | |
| ATTORNEY OF BLAIR COUNTY, ) | |
| ATTORNEY GENERAL OF THE ) | |
| COMMONWEALTH OF PENNSYLVANIA ) | |
| ) | |
| Respondents. ) | |

### ORDER

Petitioner filed a Motion to Proceed *in forma pauperis* to file this habeas corpus petition on February 28, 2006. The Motion was granted and the Petition was filed on March 8, 2006. Service was made on Respondents shortly thereafter. Petitioner sent a letter to the Court, which has been docketed as a Motion for Leave to File a Memorandum of Law in support of the Petition.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Petitioner is given until **May 22, 2006** to file his Memorandum. Respondent is granted thirty days from the date of filing to file a response, if desired.

**IT IS FURTHER ORDERED** that all future requests to the Court are to be done as Motions. The Court will not accept correspondence. In addition, any document filed with the court is to be served on the opposing party.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for

Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

Date: April 20, 2006

*Lisa Pupo Lenihan*
United States Magistrate Judge

cc: Counsel of Record

James Franklin Rodgers
BM - 3819
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510